# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ENCHEFF, CHAD J | § | Case No. 09-73793 |
| ENCHEFF, ANGELA R | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/02/2009 . The undersigned trustee was appointed on 09/29/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $   17,292.84

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 54.54 |
| Bank service fees | 697.10 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]      $ | 16,541.20 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/22/2010 and the deadline for filing governmental claims was 02/22/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,479.28 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,479.28 , for a total compensation of $ 2,479.28 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/05/2016                By: /s/DANIEL M. DONAHUE
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

Page: 1

| Case No: | 09-73793 | TML | Judge: THOMAS M. LYNCH | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|
| Case Name: | ENCHEFF, CHAD J | | | Date Filed (f) or Converted (c): | 09/02/09 (f) |
| | ENCHEFF, ANGELA R | | | 341(a) Meeting Date: | 10/22/09 |
| For Period Ending: | 04/05/16 | | | Claims Bar Date: | 02/22/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 795 Elizabeth Scales Mound Rd, Elizabeth | 1,200,000.00 | 0.00 | | 0.00 | FA |
| 2. 1107 Ramona Dr, Machesney Park, IL | 109,000.00 | 0.00 | | 0.00 | FA |
| 3. US Bank - checking | 703.00 | 0.00 | | 0.00 | FA |
| 4. US Bank - savings | 0.00 | 0.00 | | 0.00 | FA |
| 5. Normal complement of household goods | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. Normal complement of clothing | 500.00 | 0.00 | | 0.00 | FA |
| 7. Misc jewelry and wedding rings | 500.00 | 0.00 | | 0.00 | FA |
| 8. All Weather Construction, Inc (filed Chapter 7 Ban | 0.00 | 0.00 | | 0.00 | FA |
| 9. Skyline General Contractors, Inc (filed Chapter 7 | 0.00 | 0.00 | | 0.00 | FA |
| 10. Encheff Organization, Inc | 0.00 | 0.00 | | 0.00 | FA |
| 11. Unknown Income Tax Refunds from business losses. | 0.00 | 17,288.72 | | 17,288.72 | FA |
| 12. 2006 Honda 4 Wheeler | 5,000.00 | 0.00 | | 0.00 | FA |
| 13. 2006 GMC Sierra | 14,000.00 | 0.00 | | 0.00 | FA |
| 14. Laptop computer and printer | 200.00 | 0.00 | | 0.00 | FA |
| 15. 2 dogs | 100.00 | 0.00 | | 0.00 | FA |
| 16. Post-Petition Interest Deposits (u) | Unknown | 4.12 | | 4.12 | FA |
| TOTALS (Excluding Unknown Values) | $1,332,503.00 | $17,292.84 | | $17,292.84 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further to be done.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 09-73793    TML    Judge: THOMAS M. LYNCH | Trustee Name: DANIEL M. DONAHUE |
| Case Name: | ENCHEFF, CHAD J | Date Filed (f) or Converted (c): 09/02/09 (f) |
| | ENCHEFF, ANGELA R | 341(a) Meeting Date: 10/22/09 |
| | | Claims Bar Date: 02/22/10 |

Initial Projected Date of Final Report (TFR): 12/01/10    Current Projected Date of Final Report (TFR): 06/01/16

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 09-73793 -TML |
| Case Name: | ENCHEFF, CHAD J |
| | ENCHEFF, ANGELA R |
| Taxpayer ID No: | *******6551 |
| For Period Ending: | 04/05/16 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF KANSAS CITY |
| Account Number / CD #: | *******0046  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/14 | | Trsf In From CONGRESSIONAL BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 13,648.94 | | 13,648.94 |
| 10/20/14 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 13,848.94 |
| 10/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 15.79 | 13,833.15 |
| 11/18/14 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 14,033.15 |
| 11/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 19.98 | 14,013.17 |
| 12/18/14 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 14,213.17 |
| 12/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 20.92 | 14,192.25 |
| 01/21/15 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 14,392.25 |
| 01/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 21.15 | 14,371.10 |
| 02/20/15 | 11 | C&E GROUP GENERAL CONTRACTORS, INC. 7131 WINDSOR LAKE PARKWAY LOVES PARK, IL | DEBTOR PAYMENT - INCOME TAX REFUND | 1124-000 | 200.00 | | 14,571.10 |
| 02/27/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 19.32 | 14,551.78 |
| 03/26/15 | 11 | C&E GROUP GENERAL CONTRACTORS | INCOME TAX REFUND | 1124-000 | 200.00 | | 14,751.78 |
| 03/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 21.64 | 14,730.14 |
| 04/27/15 | 11 | C&E GROUP GENERAL CONTRACTORS | INCOME TAX REFUND | 1124-000 | 200.00 | | 14,930.14 |
| 04/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 21.18 | 14,908.96 |
| 05/18/15 | 11 | C&E GROUP GENERAL CONTRACTORS | INCOME TAX REFUND | 1124-000 | 200.00 | | 15,108.96 |
| 05/29/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 22.25 | 15,086.71 |
| 06/15/15 | 002001 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Chapter 7 Blanket Bond Bond #016018067 | 2300-000 | | 7.80 | 15,078.91 |
| 06/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 21.69 | 15,057.22 |
| 07/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 22.37 | 15,034.85 |
| 08/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 22.34 | 15,012.51 |
| 09/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 21.59 | 14,990.92 |
| 10/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 22.28 | 14,968.64 |
| | | | Page Subtotals | | 15,248.94 | 280.30 | |

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-73793 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | ENCHEFF, CHAD J | Bank Name: | BANK OF KANSAS CITY |
| | ENCHEFF, ANGELA R | Account Number / CD #: | *******0046 GENERAL CHECKING |
| Taxpayer ID No: | *******6551 | | |
| For Period Ending: | 04/05/16 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/09/15 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 1,000.00 | | 15,968.64 |
| 11/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 22.24 | 15,946.40 |
| 12/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 23.70 | 15,922.70 |
| 01/05/16 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 16,122.70 |
| 01/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 23.80 | 16,098.90 |
| 02/29/16 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 16,298.90 |
| 02/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 22.32 | 16,276.58 |
| 03/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 24.10 | 16,252.48 |
| 04/05/16 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 288.72 | | 16,541.20 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 16,937.66 | 396.46 | 16,541.20 |
| Less: Bank Transfers/CD's | 13,648.94 | 0.00 | |
| Subtotal | 3,288.72 | 396.46 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,288.72 | 396.46 | |

Page Subtotals 1,688.72 116.16

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 19.05f

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-73793 -TML | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | ENCHEFF, CHAD J | | Bank Name: | Bank of America, NA |
| | ENCHEFF, ANGELA R | | Account Number / CD #: | *******1525  MONEY MARKET |
| Taxpayer ID No: | *******6551 | | | |
| For Period Ending: | 04/05/16 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/19/09 | 11 | CHAD J ENCHEFF<br>1090 WINBORNE RD.<br>DAVIS, IL  61019 | INCOME TAX REFUND | 1124-000 | 8,000.00 | | 8,000.00 |
| 11/30/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 8,000.03 |
| 12/31/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,000.23 |
| 01/29/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,000.43 |
| 02/26/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 8,000.61 |
| 03/31/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,000.82 |
| 04/05/10 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 8,200.82 |
| 04/30/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,201.02 |
| 05/06/10 | 11 | CHAD AND ANGELA ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 8,401.02 |
| 05/28/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,401.23 |
| 06/08/10 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 8,601.23 |
| 06/08/10 | 001000 | INTERNATIONAL SURETIES,LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA  70139 | Blanket Bond #016018067 | 2300-000 | | 6.93 | 8,594.30 |
| 06/30/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,594.51 |
| 07/06/10 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 8,794.51 |
| 07/30/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 8,794.73 |
| 08/27/10 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 8,994.73 |
| 08/31/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.23 | | 8,994.96 |
| 09/30/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 8,995.18 |
| 10/04/10 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 9,195.18 |
| 10/29/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.23 | | 9,195.41 |
| 11/04/10 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 9,395.41 |
| 11/30/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,395.65 |
| 12/01/10 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 9,595.65 |
| 12/31/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,595.89 |

Page Subtotals           9,602.82           6.93

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit B

| Case No: | 09-73793 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | ENCHEFF, CHAD J | Bank Name: | Bank of America, NA |
|  | ENCHEFF, ANGELA R | Account Number / CD #: | *******1525  MONEY MARKET |
| Taxpayer ID No: | *******6551 |  |  |
| For Period Ending: | 04/05/16 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/07/11 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 9,795.89 |
| 01/28/11 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 9,995.89 |
| 01/31/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 9,996.14 |
| 02/28/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,996.22 |
| 03/10/11 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 400.00 | | 10,396.22 |
| 03/31/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,396.31 |
| 04/29/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,396.39 |
| 05/04/11 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 10,596.39 |
| 05/31/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,596.48 |
| 06/16/11 | 001001 | INTERNATIONAL SURETIES, LTD. | Blanket Bond #016018067 | 2300-000 | | 9.07 | 10,587.41 |
| | | 701 POYDRAS ST., STE. 420 | TERM:  06/01/11 - 06/01/12 | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 06/20/11 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 10,787.41 |
| 06/30/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,787.50 |
| 07/29/11 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 10,987.50 |
| 07/29/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,987.59 |
| 08/31/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 10,987.69 |
| 09/09/11 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 11,187.69 |
| 09/30/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,187.78 |
| 10/31/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,187.88 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.25 | 11,173.63 |
| 11/04/11 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 11,373.63 |
| 11/30/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,373.72 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.96 | 11,359.76 |
| 12/20/11 | 11 | CHAD J ENCHEFF | Income tax refund | 1124-000 | 200.00 | | 11,559.76 |
| 12/30/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,559.85 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.07 | 11,545.78 |
| 01/19/12 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 11,545.84 |
| 01/19/12 | | Transfer to Acct #*******3820 | Bank Funds Transfer | 9999-000 | | 11,545.84 | 0.00 |

Page Subtotals   2,001.30   11,597.19

UST Form 101-7-TFR (5/1/2011)  *(Page: 8)*

LFORM24

Ver: 19.05f

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5
Exhibit B

| Case No: | 09-73793 -TML | | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- | --- |
| Case Name: | ENCHEFF, CHAD J | | Bank Name: | Bank of America, NA |
| | ENCHEFF, ANGELA R | | Account Number / CD #: | *******1525 MONEY MARKET |
| Taxpayer ID No: | *******6551 | | | |
| For Period Ending: | 04/05/16 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  | COLUMN TOTALS | 11,604.12 | 11,604.12 | 0.00 |
| --- | --- | --- | --- | --- | --- | --- |
|  |  |  | Less: Bank Transfers/CD's | 0.00 | 11,545.84 | |
|  |  | Subtotal | | 11,604.12 | 58.28 | |
|  |  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | Net | | 11,604.12 | 58.28 | |

Page Subtotals         0.00          0.00

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-73793 -TML | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | ENCHEFF, CHAD J | | Bank Name: | CONGRESSIONAL BANK |
| | ENCHEFF, ANGELA R | | Account Number / CD #: | *******3820 GENERAL CHECKING |
| Taxpayer ID No: | *******6551 | | | |
| For Period Ending: | 04/05/16 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 01/19/12 | | Transfer from Acct #*******1525 | Bank Funds Transfer | 9999-000 | 11,545.84 | | 11,545.84 |
| | 02/09/12 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 11,745.84 |
| | 04/06/12 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 11,945.84 |
| | 06/19/12 | 000100 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | BLANKET BOND - BOND #016018067 | 2300-000 | | 9.62 | 11,936.22 |
| | 06/29/12 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 12,136.22 |
| | 08/22/12 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 12,336.22 |
| | 10/23/12 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 12,536.22 |
| | 03/20/13 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 12,736.22 |
| | 04/08/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (February, 2013) | 2600-000 | | 12.02 | 12,724.20 |
| | 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (March, 2013) | 2600-000 | | 13.37 | 12,710.83 |
| | 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (April 2013) | 2600-000 | | 13.07 | 12,697.76 |
| * | 06/04/13 | 000101 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond | 2300-003 | | 10.49 | 12,687.27 |
| | 06/04/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (May, 2013) | 2600-000 | | 13.48 | 12,673.79 |
| * | 06/27/13 | 000101 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond INTERNATIONAL SURETIES MISPLACED CHECK | 2300-003 | | -10.49 | 12,684.28 |
| | 06/27/13 | 000102 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond #016018067 Replaces check number 101 dated 6/4/13 | 2300-000 | | 10.49 | 12,673.79 |
| | 07/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - June, 2013 | 2600-000 | | 13.03 | 12,660.76 |
| | 08/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (July, 2013) | 2600-000 | | 13.44 | 12,647.32 |

Page Subtotals  12,745.84  98.52

Page: 7

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-73793 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | ENCHEFF, CHAD J | Bank Name: | CONGRESSIONAL BANK |
| | ENCHEFF, ANGELA R | Account Number / CD #: | *******3820  GENERAL CHECKING |
| Taxpayer ID No: | *******6551 | | |
| For Period Ending: | 04/05/16 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (August, 2013) | 2600-000 | | 13.43 | 12,633.89 |
| 10/03/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - September, 2013 | 2600-000 | | 12.98 | 12,620.91 |
| 11/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - October, 2013 | 2600-000 | | 13.40 | 12,607.51 |
| 12/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - November, 2013 | 2600-000 | | 12.95 | 12,594.56 |
| 01/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - December, 2013 | 2600-000 | | 13.37 | 12,581.19 |
| 02/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - January, 2014 | 2600-000 | | 13.36 | 12,567.83 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - February, 2014 | 2600-000 | | 12.05 | 12,555.78 |
| 03/25/14 | 11 | CHAD ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 12,755.78 |
| 04/07/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - March, 2014 | 2600-000 | | 13.37 | 12,742.41 |
| 04/28/14 | 11 | CHAD ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 12,942.41 |
| 05/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - April, 2014 | 2600-000 | | 13.11 | 12,929.30 |
| 05/29/14 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 13,129.30 |
| 06/04/14 | 000103 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Bond Premium (#016018067) | 2300-000 | | 10.63 | 13,118.67 |
| 06/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2014 | 2600-000 | | 13.74 | 13,104.93 |
| 06/25/14 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 13,304.93 |
| 07/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 13.50 | 13,291.43 |
| 07/30/14 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 13,491.43 |
| 08/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 14.12 | 13,477.31 |
| 08/28/14 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 13,677.31 |
| 09/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 14.33 | 13,662.98 |
| 10/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 14.04 | 13,648.94 |
| 10/08/14 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 13,648.94 | 0.00 |

Page Subtotals   1,200.00   13,847.32

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 11)*   Ver: 19.05f

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-73793 -TML | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | ENCHEFF, CHAD J | | Bank Name: | CONGRESSIONAL BANK |
| | ENCHEFF, ANGELA R | | Account Number / CD #: | *******3820  GENERAL CHECKING |
| Taxpayer ID No: | *******6551 | | | |
| For Period Ending: | 04/05/16 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 13,945.84 | 13,945.84 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 11,545.84 | 13,648.94 | |
| | | | Subtotal | | 2,400.00 | 296.90 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 2,400.00 | 296.90 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| GENERAL CHECKING - ********0046 | 3,288.72 | 396.46 | 16,541.20 |
| MONEY MARKET - ********1525 | 11,604.12 | 58.28 | 0.00 |
| GENERAL CHECKING - ********3820 | 2,400.00 | 296.90 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 17,292.84 | 751.64 | 16,541.20 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

LFORM24   UST Form 101-7-TFR (5/1/2011) *(Page: 12)*            Ver: 19.05f

| Page 1 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 05, 2016 |
|---|---|---|---|---|---|---|---|
| Case Number: | 09-73793 | | Claim Type Sequence | | | | |
| Debtor Name: | ENCHEFF, CHAD J | | | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | | Scheduled | Claimed | Allowed |
|  | Riverside Community Bank<br>6855 E. Riverside Blvd.<br>Rockford, IL 61114 | Unsecured | | | $0.00 | $0.00 | $0.00 |
| 001<br>2100-00 | DANIEL M. DONAHUE | Administrative | | | $0.00 | $2,479.28 | $2,479.28 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Administrative | Filed 06/16/11<br>Blanket Bond #016018067<br>TERM: 06/01/11 - 06/01/12 | | $0.00 | $18.69 | $18.69 |
|  |  |  | 4429751525 | 06/16/11  1001 | | 9.07 | |
|  |  |  | 9010013820 | 06/19/12  100 | | 9.62 | |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Administrative | Filed 06/04/13 | | $0.00 | $28.92 | $28.92 |
|  |  |  | 9010013820 | 06/04/14  103 | | 10.63 | |
|  |  |  | 1159400046 | 06/15/15  2001 | | 7.80 | |
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | | $0.00 | $2,720.00 | $2,720.00 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | | $0.00 | $295.57 | $295.57 |
| 000002<br>050<br>4120-00 | Tim Pearson d/b/a Pearson Cabinets<br>602 Commander Place<br>Belvidere, IL 61008 | Secured | Filed 11/06/09 | | $0.00 | $13,786.23 | $13,786.23 |
| 000019A<br>053<br>5300-00 | Angela Alita<br>1017 Nabor Court<br>Machesney Park, IL 61115 | Priority | Filed 01/06/10 | | $0.00 | $10,950.00 | $10,950.00 |
| 000001A<br>058<br>5800-00 | Illinois Department of Employment<br>Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Priority | Filed 02/08/10<br>(1-1) Unemployment tax(1-2) Amended POC issued due to a change in total amount claimed. | | $0.00 | $30,578.37 | $30,578.37 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 05, 2016 |
|---|---|---|---|---|---|---|
| Case Number: 09-73793<br>Debtor Name: ENCHEFF, CHAD J | | Claim Type Sequence | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 000009A<br>058<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Priority | Filed 12/04/09 | $0.00 | $19,301.99 | $19,301.99 |
| 000001B<br>070<br>7100-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Unsecured | Filed 02/08/10<br>(1-1) Unemployment tax(1-2) Amended POC issued due to a change in total amount claimed. | $0.00 | $760.00 | $760.00 |
| 000003<br>070<br>7100-00 | Citizens State Bank<br>Craig Willette<br>1318 E State St<br>Rockford, IL 61104 | Unsecured | Filed 11/23/09 | $0.00 | $296,333.58 | $296,333.58 |
| 000004<br>070<br>7100-00 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | Filed 11/25/09 | $0.00 | $2,253.85 | $2,253.85 |
| 000005<br>070<br>7100-00 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | Filed 11/26/09 | $0.00 | $6,788.74 | $6,788.74 |
| 000006<br>070<br>7100-00 | Jo-Carroll Energy<br>PO Box 390<br>Elizabeth, IL 61028-0390 | Unsecured | Filed 12/01/09 | $0.00 | $23,322.78 | $23,322.78 |
| 000007<br>070<br>7100-00 | CREDITORS' PROTECTION SERVICE, INC.<br>P.O. BOX 4115<br>ROCKFORD, IL 61110 | Unsecured | Filed 12/03/09 | $0.00 | $183.60 | $183.60 |
| 000008<br>070<br>7100-00 | Paul Steingraber<br>% Attorney Dennis Leahy<br>One Court Place - Suite 203<br>Rockford, IL 61101 | Unsecured | Filed 12/03/09<br>(8-1) Services | $0.00 | $23,360.00 | $23,360.00 |
| 000009B<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Unsecured | Filed 12/04/09 | $0.00 | $2,562.97 | $2,562.97 |
| 000010<br>070<br>7100-00 | PYOD LLC its successors and assigns as<br>assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | Filed 12/07/09 | $0.00 | $17,354.84 | $17,354.84 |

| Page 3 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 05, 2016 |
|---|---|---|---|---|---|---|

Case Number: 09-73793  
Debtor Name: ENCHEFF, CHAD J

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000011<br>070<br>7100-00 | Cape Radiology Group<br>P.O. Box 1330<br>Cape Girardeau, MO 63702 | Unsecured | Filed 12/07/09 | $0.00 | $222.00 | $222.00 |
| 000012<br>070<br>7100-00 | CitiFinancial Retail Services<br>P.O Box 140489<br>Irving TX 75014-0489 | Unsecured | Filed 12/08/09 | $0.00 | $2,313.02 | $2,313.02 |
| 000013<br>070<br>7100-00 | Medical Associates Clinic<br>1500 Associates Drive<br>Dubuque, IA 52002 | Unsecured | Filed 12/14/09 | $0.00 | $40.00 | $40.00 |
| 000014<br>070<br>7100-00 | Per Mar Security<br>PO Box 1101<br>Davenport, IA 52805-1101 | Unsecured | Filed 12/14/09 | $0.00 | $2,080.39 | $2,080.39 |
| 000015<br>070<br>7100-00 | Riverside Community Bank<br>Atty. Thomas Laughlin<br>6833 Stalter Dr Ste 204<br>Rockford, IL 61108 | Unsecured | Filed 12/15/09 | $0.00 | $62,187.27 | $62,187.27 |
| 000016<br>070<br>7100-00 | Roscoe Ready Mix, Inc.<br>P.O. Box 425<br>Roscoe, IL 61073-0425 | Unsecured | Filed 12/22/09 | $0.00 | $3,854.63 | $3,854.63 |
| 000017<br>070<br>7100-00 | Galena Lumber Co<br>PO Box 334<br>Galena, IL 61036 | Unsecured | Filed 12/30/09 | $0.00 | $14,887.33 | $14,887.33 |
| 000018<br>070<br>7100-00 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery<br>Assocs.<br>c/o Beneficial<br>POB 41067<br>NORFOLK VA 23541 | Unsecured | Filed 12/31/09 | $0.00 | $6,075.18 | $6,075.18 |
| 000019B<br>070<br>7100-00 | Angela Alita<br>1017 Nabor Court<br>Machesney Park, IL 61115 | Unsecured | | $0.00 | $46,546.72 | $46,546.72 |
| 000020<br>070<br>7100-00 | FIA CARD SERVICES, NA/BANK<br>OF AMERICA<br>BY AMERICAN INFOSOURCE LP<br>AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | Filed 02/11/10 | $0.00 | $20,113.42 | $20,113.42 |
| 000021<br>070<br>7100-00 | Northwest Bank of Rockford<br>Atty Timothy Horning<br>3400 N. Rockton<br>Rockford, IL 61103 | Unsecured | Filed 02/19/10<br>(21-1) balance due on note | $0.00 | $2,822.30 | $2,822.30 |
| 000022<br>070<br>7100-00 | Rockford Mercantile<br>2502 S. Alpine Road<br>Rockford, IL 61108 | Unsecured | Filed 02/22/10 | $0.00 | $5,535.50 | $5,535.50 |

CREGIS2 UST Form 101-7-TFR (5/1/2011) *(Page: 15)* Printed: 04/05/16 03:27 PM Ver: 19.05f

| Page 4 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: April 05, 2016 |
|---|---|---|---|---|---|---|

Case Number: 09-73793  
Debtor Name: ENCHEFF, CHAD J  

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000023<br>080<br>7200-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | Filed 04/11/11<br>(23-1) CREDIT CARD DEBT | $0.00 | $360.00 | $360.00 |
| 000024<br>080<br>7200-00 | PYOD LLC<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | Filed 01/30/12 | $0.00 | $2,253.85 | $2,253.85 |
| | Case Totals: | | | $0.00 | $622,371.02 | $622,371.02 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-73793
Case Name: ENCHEFF, CHAD J
      ENCHEFF, ANGELA R
Trustee Name: DANIEL M. DONAHUE

Balance on hand      $ 16,541.20

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 2,479.28 | $ 0.00 | $ 2,479.28 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 2,720.00 | $ 0.00 | $ 2,720.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 295.57 | $ 0.00 | $ 295.57 |

Total to be paid for chapter 7 administrative expenses     $ 5,494.85

Remaining Balance     $ 11,046.35

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 49,880.36 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Illinois Department of Employment | $ 30,578.37 | $ 0.00 | $ 6,771.79 |
| 000009A | Illinois Department of Revenue | $ 19,301.99 | $ 0.00 | $ 4,274.56 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 11,046.35 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 539,598.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Illinois Department of Employment | $ 760.00 | $ 0.00 | $ 0.00 |
| 000003 | Citizens State Bank | $ 296,333.58 | $ 0.00 | $ 0.00 |
| 000004 | Roundup Funding, LLC | $ 2,253.85 | $ 0.00 | $ 0.00 |
| 000005 | DISCOVER BANK | $ 6,788.74 | $ 0.00 | $ 0.00 |
| 000006 | Jo-Carroll Energy | $ 23,322.78 | $ 0.00 | $ 0.00 |
| 000007 | CREDITORS' PROTECTION SERVICE, INC. | $ 183.60 | $ 0.00 | $ 0.00 |
| 000008 | Paul Steingraber | $ 23,360.00 | $ 0.00 | $ 0.00 |
| 000009B | Illinois Department of Revenue | $ 2,562.97 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | PYOD LLC its successors and assigns as | $ 17,354.84 | $ 0.00 | $ 0.00 |
| 000011 | Cape Radiology Group | $ 222.00 | $ 0.00 | $ 0.00 |
| 000012 | CitiFinancial Retail Services | $ 2,313.02 | $ 0.00 | $ 0.00 |
| 000013 | Medical Associates Clinic | $ 40.00 | $ 0.00 | $ 0.00 |
| 000014 | Per Mar Security | $ 2,080.39 | $ 0.00 | $ 0.00 |
| 000015 | Riverside Community Bank | $ 62,187.27 | $ 0.00 | $ 0.00 |
| 000016 | Roscoe Ready Mix, Inc. | $ 3,854.63 | $ 0.00 | $ 0.00 |
| 000017 | Galena Lumber Co | $ 14,887.33 | $ 0.00 | $ 0.00 |
| 000018 | PRA Receivables Management, LLC | $ 6,075.18 | $ 0.00 | $ 0.00 |
| 000020 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 20,113.42 | $ 0.00 | $ 0.00 |
| 000021 | Northwest Bank of Rockford | $ 2,822.30 | $ 0.00 | $ 0.00 |
| 000022 | Rockford Mercantile | $ 5,535.50 | $ 0.00 | $ 0.00 |
| 000019B | Angela Alita | $ 46,546.72 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors         $                    0.00

Remaining Balance         $                    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 2,613.85 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000023 | American Express Bank, FSB | $ 360.00 | $ 0.00 | $ 0.00 |
| 000024 | PYOD LLC | $ 2,253.85 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 20)*