UNITED STATES BANKRUPTCY COURT
THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CHAD J. ENCHEFF and | ) |
| ANGELA R. ENCHEFF, | )   NO. 09-73793 |
| | ) |
| Debtors. | ) |

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS. |
| COUNTY OF WINNEBAGO | ) |

### AFFIDAVIT OF SERVICE

I, the undersigned, being first duly sworn on oath, depose and state that I served the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** attached hereto upon the within named:

SEE ATTACHED SERVICE LIST

by sealing a true and correct copy of same in an envelope, addressed as shown above, with sufficient United States postage and by depositing said envelope, so sealed and stamped, in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 p.m., on the 29th day of April, 2016.

*Annette Duncan*

Subscribed and sworn to before me this 29th day of April, 2016.

*Sherri A. Niesman*
NOTARY PUBLIC

Daniel M. Donahue
McGreevy Williams, PC
6735 Vistagreen Way
Rockford, IL 61107
815/639-3700

OFFICIAL SEAL
SHERRI A. NIESMAN
Notary Public, State of Illinois
My Commission Expires 08/20/18

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| ENCHEFF, CHAD J | § | Case No. 09-73793 |
| ENCHEFF, ANGELA R | § | |
| | § | |
| | § | |
| Debtors | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Clerk's Office
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Room 1100
Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 05/23/2016 in Courtroom 3100,
U.S. Courthouse
327 South Church Street
Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: __4/29/16__    By: /s/ Daniel M. Donahue
                                         Trustee

*DANIEL M. DONAHUE*
*6735 VISTAGREEN WAY*
*ROCKFORD, IL 61107*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| ENCHEFF, CHAD J | § | Case No. 09-73793 |
| ENCHEFF, ANGELA R | § | |
| | § | |
| Debtors | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 17,292.84 |
| and approved disbursements of | $ | 751.64 |
| leaving a balance on hand of[1] | $ | 16,541.20 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 2,479.28 | $ 0.00 | $ 2,479.28 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 2,720.00 | $ 0.00 | $ 2,720.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 295.57 | $ 0.00 | $ 295.57 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 5,494.85 |
| Remaining Balance | $ | 11,046.35 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 49,880.36 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Illinois Department of Employment | $ 30,578.37 | $ 0.00 | $ 6,771.79 |
| 000009A | Illinois Department of Revenue | $ 19,301.99 | $ 0.00 | $ 4,274.56 |

Total to be paid to priority creditors        $        11,046.35

Remaining Balance                              $              0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 539,598.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Illinois Department of Employment | $ 760.00 | $ 0.00 | $ 0.00 |
| 000003 | Citizens State Bank | $ 296,333.58 | $ 0.00 | $ 0.00 |
| 000004 | Roundup Funding, LLC | $ 2,253.85 | $ 0.00 | $ 0.00 |
| 000005 | DISCOVER BANK | $ 6,788.74 | $ 0.00 | $ 0.00 |
| 000006 | Jo-Carroll Energy | $ 23,322.78 | $ 0.00 | $ 0.00 |
| 000007 | CREDITORS' PROTECTION SERVICE, INC. | $ 183.60 | $ 0.00 | $ 0.00 |
| 000008 | Paul Steingraber | $ 23,360.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009B | Illinois Department of Revenue | $ 2,562.97 | $ 0.00 | $ 0.00 |
| 000010 | PYOD LLC its successors and assigns as | $ 17,354.84 | $ 0.00 | $ 0.00 |
| 000011 | Cape Radiology Group | $ 222.00 | $ 0.00 | $ 0.00 |
| 000012 | CitiFinancial Retail Services | $ 2,313.02 | $ 0.00 | $ 0.00 |
| 000013 | Medical Associates Clinic | $ 40.00 | $ 0.00 | $ 0.00 |
| 000014 | Per Mar Security | $ 2,080.39 | $ 0.00 | $ 0.00 |
| 000015 | Riverside Community Bank | $ 62,187.27 | $ 0.00 | $ 0.00 |
| 000016 | Roscoe Ready Mix, Inc. | $ 3,854.63 | $ 0.00 | $ 0.00 |
| 000017 | Galena Lumber Co | $ 14,887.33 | $ 0.00 | $ 0.00 |
| 000018 | PRA Receivables Management, LLC | $ 6,075.18 | $ 0.00 | $ 0.00 |
| 000020 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 20,113.42 | $ 0.00 | $ 0.00 |
| 000021 | Northwest Bank of Rockford | $ 2,822.30 | $ 0.00 | $ 0.00 |
| 000022 | Rockford Mercantile | $ 5,535.50 | $ 0.00 | $ 0.00 |
| 000019B | Angela Alita | $ 46,546.72 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $ 0.00

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 2,613.85 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000023 | American Express Bank, FSB | $ 360.00 | $ 0.00 | $ 0.00 |

UST Form 101-7-NFR (10/1/2010) (Page: 4)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000024 | PYOD LLC | $ 2,253.85 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors          $          0.00

Remaining Balance          $          0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
                                              Trustee

*DANIEL M. DONAHUE*
*6735 VISTAGREEN WAY*
*ROCKFORD, IL 61107*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 5)*

| | | |
|---|---|---|
| Albert Weathers<br>3107 Sunnyside Dr<br>Rockford, IL 61114-6026 | All Contractors Equipment, Inc.<br>4949 26th Avenue<br>Rockford, IL 61109-1681 | All Weather Construction, Inc<br>795 Elizabeth Scales Mound Rd<br>Elizabeth, IL 61028-9405 |
| Alpine Bank<br>PO Box 6086<br>Rockford, IL 61125-1086 | Ameren UE<br>P.O. Box 66529<br>Saint Louis, MO 63166-6529 | American<br>P.O. Box 659705<br>San Antonio, TX 78265-9705 |
| Angela Alita<br>1017 Nabor Court<br>Machesney Park, IL 61115-1226 | Aramark Uniform Services<br>PO Box 55230<br>Lexington, KY 40555-5230 | Attorney Craig Willette<br>1318 East State Street<br>Rockford, IL 61104-2228 |
| Attorney Robert J Roth<br>122 1/2 N Main<br>Galena, IL 61036-2222 | Attorney Thomas Laughlin<br>6833 Stalter Dr, Suite 204<br>Rockford, IL 61108-2582 | Bank of America<br>PO Box 2463<br>Spokane, WA 99210-2463 |
| Bank of America<br>PO Box 53101<br>Phoenix, AZ 85072-3101 | Beneficial Finance<br>PO Box 17574<br>Baltimore, MD 21297-1574 | Benson Stone<br>1100 Eleventh Street<br>Rockford, IL 61104-5061 |
| Bernard J Natale<br>Bernard J. Natale, Ltd.<br>6833 Stalter Drive<br>Suite 201<br>Rockford, IL 61108-2582 | Betsy Shaulis<br>106 Main<br>Galena, IL 61036 | Bonded Collection Corporation<br>2400 E.Devon Ave., Ste. 257<br>Des Plaines, IL 60018 |
| Cape Raiology Group<br>P.O. Box 1330<br>Cape Girardeau, MO 63702-1330 | Capital Management Services<br>726 Exchange Street - Suite 700<br>Buffalo, NY 14210-1464 | Central Laborers' Pension, Welfare<br>and Annuity Funds<br>PO Box 1267<br>Jacksonville, IL 62651-1267 |
| Chad Encheff<br>106 Sequoia Ct.<br>Poplar Grove, IL 61065 | Citi Bank<br>PO Box 790110<br>Saint Louis, MO 63179-0110 | Citi Cards<br>PO Box 6000<br>The Lakes, NV 89163-0001 |
| Citi Financial<br>P.O. Box 183041<br>Columbus, OH 43218-3041 | Citifinancial<br>PO Box 6931<br>The Lakes, NV 88901-6931 | Citizens State Bank<br>133 W Front St<br>Stockton, IL 61085-1345 |
| Citizens State Bank<br>PO Box 396<br>Lena, IL 61048-0396 | ComEd Bankruptcy Group<br>3 Lincoln Center<br>Oakbrook, IL 60181 | Conmat<br>2283 Route 20 East<br>Freeport, IL 61032-9643 |

| | | |
|---|---|---|
| Conmat<br>PO Box 750<br>Freeport, IL 61032-0750 | Construction Industry Funds<br>% Attorney Marc M. Pekay<br>30 N. LaSalle Street - Suite 2426<br>Chicago, IL 60602-2504 | DCS<br>333 North Canyons Parkway<br>Suite 100<br>Livermore, CA 94551-9480 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Eckberg & Bates Agency, Inc.<br>PO Box 15490<br>Loves Park, IL 61132-5490 | Edward Hines Lumber Co.<br>Sarks<br>14 N 915 US Highway 20<br>Hampshire, IL 60140-8858 |
| Edward Hines Lumber Co.<br>Starks<br>PO Box 40<br>Hampshire, IL 60140-0040 | ER Solutions, Inc.<br>800 SW 39th Street<br>Renton, WA 98057-4975 | Fastenal, Inc.<br>PO Box 978<br>Winona, MN 55987-0978 |
| Galena Lumber Co<br>227 N. Commerce St.<br>Galena, IL 61036 | Galena Lumber Co.<br>% Vincent, Roth, & Toepfer, PC<br>PO Box 334<br>Galena, IL 61036-0334 | GC Services Limited Partnership<br>6330 Gulfton<br>Houston, TX 77081-1198 |
| GE Money Bank<br>Recovery Management Systems Corp<br>25 SE 2nd Avenue - Suite 1120<br>Miami, FL 33131-1605 | George Hawks<br>P.O. Box 1503<br>Saint Peters, MO 63376-0027 | Gerdau Ameristeel<br>% Fulbright & Associates, PC<br>PO Box 1510<br>Rockford, IL 61110-0010 |
| GMAC<br>PO Box 380901<br>Bloomington, MN 55438-0901 | Heidenreich Plumbing<br>3212 S. Apple River Road<br>Elizabeth, IL 61028-9758 | Hinckley Springs<br>PO Box 660579<br>Dallas, TX 75266-0579 |
| HSBC<br>PO Box 5253<br>Carol Stream, IL 60197-5253 | I.C. System, Inc.<br>444 Highway 96 East<br>P.O. Box 64437<br>Saint Paul, MN 55146-0001 | IL Dept. of Employment Security<br>Attn: Daryl Johnson<br>33 S. State Street - 10th Floor<br>Chicago, IL 60603-2803 |
| Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603-2808<br>Attn: Bankruptcy Unit - 10th flr. | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Illinois Teamsters<br>990 NE Frontage Road, Suite 4<br>Joliet, IL 60431-2764 |
| Illinois Tollway<br>2700 Ogden Ave<br>Downers Grove, IL 60515-1703 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | James Akerman<br>1106 31st Street<br>Rockford, IL 61108-3738 |
| James Encheff<br>10 Wood Edge Drive East<br>Stockton, IL 61085-9184 | Jason Brookshire<br>1524 W. Gatesburg Rpad<br>Warriors Mark, PA 16877-6207 | JBR Robinson<br>P.O. Box 1799<br>Akron, OH 44309-1799 |

Jo-Carroll Energy
PO Box 390
Elizabeth, IL 61028-0390

John Morrisy Accountants, Inc.
5919 Spring Creek Road
Rockford, IL 61114-6447

Maxwell Systems
1000 First Avenue - Suite 200
King Of Prussia, PA 19406-1333

McCann Industries, Inc.
548 S. Rohlwing Road
Addison, IL 60101

Medical Associates Clinic
1500 Associates Drive
Dubuque, IA 52002-2260

MediCredit, Inc.
P.O. Box 66700
Saint Louis, MO 63166-6700

Midwest Golf-Pete Barelli
6104 Brynwood Drive
Apt. 8
Loves Park, IL 61114-6588

Midwest Operating Engineers Fringe
Benefit Funds Local #150
6150 Joliet Road
La Grange, IL 60525-3956

NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044-2368

Northland Group, Inc.
PO Box 390846
Minneapolis, MN 55439-0846

Northwest Bank of Rockford
3106 N. Rockton
Rockford, IL 61103-2800

OSF St. Anthony Medical Center
5510 E. State Street
Rockford, IL 61108-2381

Paul Steingraber
% Attorney Dennis Leahy
One Court Place - Suite 203
Rockford, IL 61101-1088

Pekin Life Insurance Company
2505 Court Street
Pekin, IL 61558-0002

Per Mar Security
PO Box 1101
Davenport, IA 52805-1101

Prairie Community Bank
800 W Grant Hwy
Marengo, IL 60152-3077

Queens Trucking and Construction
2898 South Queens Road
Rochelle, IL 61068-9776

Riverside Community Bank
4048 E. State Street
Rockford, IL 61108-2043

Riverside Community Bank
6855 E Riverside Blvd
Rockford, IL 61114-4429

Riverside Dental
2028 E. Riverside Blvd. - Ste. 210
Loves Park, IL 61111-4802

Road Ranger
PO Box 105080
Atlanta, GA 30348-5080

Robert Roth
122 N. Main
P.O. Box 334
Galena, IL 61036-0334

Rock Valley Brick & Supply
5901 Material Avenue
Loves Park, IL 61111-4239

Rockford Blacktop Construction Co
590 Nimtz Road
Loves Park, IL 61111

Rockford Gastroenterology Assoc.
401 Roxbury Road
Rockford, IL 61107-5078

Rockford Health Physicians
2300 N. Rockton Avenue
Rockford, IL 61103-3619

Rockford Mercantile
2502 S. Alpine Road
Rockford, IL 61108-7813

Rockford Radiology Associates
2400 N. Rockton Ave.
Rockford, IL 61103

Rogers Ready Mix
5510 S. Mulford Road
Rockford, IL 61109-4156

Roscoe Ready Mix
PO Box 425
Roscoe, IL 61073-0425

| | | |
|---|---|---|
| Roscoe Rock and Sand<br>11500 N. Rockton Ave.<br>Rockton, IL 61072 | Roscoe Sand and Gravel<br>% Attorney James Stevens<br>6833 Stalter Drive - 1st Floor<br>Rockford, IL 61108-2579 | Selective Insurance<br>% Williams-Manny, Inc.<br>PO Box 5466<br>Rockford, IL 61125-0466 |
| Shockey & Cox<br>208 W. Stephenson Suite 101<br>P.O. Box 780<br>Freeport, IL 61032-0780 | Slabaugh Services<br>6204 Argyle Road<br>Caledonia, IL 61011-9618 | Southeast Hospital<br>1701 Lacy Street<br>Cape Girardeau, MO 63701-5299 |
| Stetson Building Products<br>2205 Bell Ave.<br>Des Moines, IA 50321 | Stram Const. Services, Inc.<br>3321 Sage Drive<br>Rockford, IL 61114-5351 | Super Mix, Inc.<br>5435 Bull Valley Road<br>Suite 130<br>Mchenry, IL 60050-7433 |
| Testing Service Corporation<br>360 South Main Place<br>Carol Stream, IL 60188-2404 | Tim Pearson d/b/a Pearson Cabinets<br>602 Commander Place<br>Belvidere, IL 61008-1485 | Top Notch Building Supply, Inc.<br>2633 N. Pecatonica Road<br>Pecatonica, IL 61063-9254 |
| Transworld Systems, Inc.<br>9525 Sweet Valley Drive<br>Cleveland, OH 44125-4237 | Truck Country of Iowa<br>PO Box 68<br>Milwaukee, WI 53268-9930 | TSMP attn: David Freeman<br>305 West Briarcliff Road, Suite 201<br>P.O. Box 1158<br>Bolingbrook, IL 60440-1085 |
| US Cellular<br>PO Box 7835<br>Madison, WI 53707-7835 | Washington Mutual<br>444 96 East<br>P.O. Box 64887<br>Saint Paul, MN 55164-0887 | Weldon Tire, Inc.<br>1247 Century Drive<br>Dubuque, IA 52002-3770 |
| Wexford & James, LLC<br>2910 Westown Parkway - Suite 102<br>West Des Moines, IA 50266-1308 | William Neary<br>Office of the U.S. Trustee, Region 11<br>780 Regent St.<br>Suite 304<br>Madison, WI 53715-2635 | Winter Plumbing<br>101 N Main<br>Galena, IL 61036-2221 |