# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

In re:                                    §
                                          §
ENCHEFF, CHAD J                           §        Case No. 09-73793
ENCHEFF, ANGELA R                         §
                                          §
            Debtors                       §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 1,332,503.00            Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  11,046.35        Claims Discharged
                                                    Without Payment:  1,599,739.22

Total Expenses of Administration:  6,246.49

3) Total gross receipts of $ 17,292.84  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 17,292.84  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 3,007,382.53 | $ 13,786.23 | $ 13,786.23 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,256.98 | 6,256.98 | 6,246.49 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 96,712.97 | 60,830.36 | 60,830.36 | 11,046.35 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 765,783.71 | 542,211.97 | 542,211.97 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 3,869,879.21 | $ 623,085.54 | $ 623,085.54 | $ 17,292.84 |

4)  This case was originally filed under chapter 7 on  09/02/2009 .  The case was pending for 84 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/19/2016                    By:/s/DANIEL M. DONAHUE
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Unknown Income Tax Refunds from business losses. | 1124-000 | 17,288.72 |
| Post-Petition Interest Deposits | 1270-000 | 4.12 |
| **TOTAL GROSS RECEIPTS** | | **$17,292.84** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citizens State Bank PO Box 396 Lena, IL 61048 | | 254,895.09 | NA | NA | 0.00 |
| | Citizens State Bank PO Box 396 Lena, IL 61048 | | 191,171.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citizens State Bank PO Box 396 Lena, IL 61048 | | 278,000.00 | NA | NA | 0.00 |
| | Galena Lumber Co PO Box 334 Galena, IL 61036 | | 14,721.33 | NA | NA | 0.00 |
| | JoDavies County Treasurer | | 0.00 | NA | NA | 0.00 |
| | Prairie Community Bank 800 W Grant Hwy Marengo, IL 60152 | | 765,625.00 | NA | NA | 0.00 |
| | Prairie Community Bank 800 W Grant Hwy Marengo, IL 60152 | | 178,289.00 | NA | NA | 0.00 |
| | Prairie Community Bank 800 W Grant Hwy Marengo, IL 60152 | | 500,000.00 | NA | NA | 0.00 |
| | Riverside Community Bank 6855 E Riverside Blvd Rockford, IL 61114 | | 751,978.17 | NA | NA | 0.00 |
| | Riverside Community Bank 6855 E Riverside Blvd Rockford, IL 61114 | | 59,175.38 | NA | NA | 0.00 |
| | Riverside Community Bank 6855 E Riverside Blvd Rockford, IL 61114 | | 12,200.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Winter Plumbing 101 N Main Galena, IL 61036 | | 1,327.56 | NA | NA | 0.00 |
| 000002 | TIM PEARSON D/B/A PEARSON CABINETS | 4120-000 | NA | 13,786.23 | 13,786.23 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 3,007,382.53** | **$ 13,786.23** | **$ 13,786.23** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE | 2100-000 | NA | 2,479.28 | 2,479.28 | 2,479.28 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 58.10 | 58.10 | 47.61 |
| INTERNATIONAL SURETIES,LTD. | 2300-000 | NA | 6.93 | 6.93 | 6.93 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 42.28 | 42.28 | 42.28 |
| BANK OF KANSAS CITY | 2600-000 | NA | 388.66 | 388.66 | 388.66 |
| CONGRESSIONAL BANK | 2600-000 | NA | 266.16 | 266.16 | 266.16 |
| MCGREEVY WILLIAMS | 3110-000 | NA | 2,720.00 | 2,720.00 | 2,720.00 |
| MCGREEVY WILLIAMS | 3120-000 | NA | 295.57 | 295.57 | 295.57 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 6,256.98** | **$ 6,256.98** | **$ 6,246.49** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Angela Alita 1017 Nabor Court Machesney Park, IL 61115 | | 0.00 | NA | NA | 0.00 |
| | Construction Industry Funds % Attorney Marc M. Pekay 30 N. LaSalle Street - Suite 2426 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338 | | 18,378.59 | NA | NA | 0.00 |
| | Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338 | | 1,410.12 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Centralized Insolvency PO Box 21126 Philadelphia, PA 19114 | | 115.20 | NA | NA | 0.00 |
| | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn St. Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |
| | James Akerman 1106 31st Street Rockford, IL 61108 | | 10,950.00 | NA | NA | 0.00 |
| | James Encheff 10 Wood Edge Drive East Stockton, IL 61085 | | 10,950.00 | NA | NA | 0.00 |
| | Jason Brookshire 1524 W. Gatesburg Rpad Warriors Mark, PA 16877 | | 10,950.00 | NA | NA | 0.00 |
| | Local 32 Central Laborers' Pension, Welfare and Annuity Funds PO Box 1267 Jacksonville, IL 62651 | | 875.84 | NA | NA | 0.00 |
| | Melissa Gipe | | 0.00 | NA | NA | 0.00 |
| | Midwest Operating Engineers Fringe Benefit Funds Local #150 6150 Joliet Road La Grange, IL 60525 | | 15,248.17 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | xxxx171-2 IL Dept. of Employment Security Attn: Daryl Johnson 33 S. State Street - 10th Floor Chicago, IL 60603 | | 27,835.05 | NA | NA | 0.00 |
| 000019A | ANGELA ALITA | 5300-000 | NA | 10,950.00 | 10,950.00 | 0.00 |
| 000001A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 5800-000 | NA | 30,578.37 | 30,578.37 | 6,771.79 |
| 000009A | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 19,301.99 | 19,301.99 | 4,274.56 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 96,712.97 | $ 60,830.36 | $ 60,830.36 | $ 11,046.35 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Albert Weathers 3107 Sunnyside Dr Rockford, IL 61114 | | 0.00 | NA | NA | 0.00 |
| | All Contractors Equipment, Inc. 4949 26th Avenue Rockford, IL 61109 | | 4,646.83 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alpine Bank PO Box 6086 Rockford, IL 61125 | | 8,514.55 | NA | NA | 0.00 |
| | Ameren UE P.O. Box 66529 Saint Louis, MO 63166 | | 209.70 | NA | NA | 0.00 |
| | American P.O. Box 659705 San Antonio, TX 78265 | | 2,213.55 | NA | NA | 0.00 |
| | Aramark Uniform Services PO Box 55230 Lexington, KY 40555-5230 | | 289.15 | NA | NA | 0.00 |
| | Bank of America PO Box 2463 Spokane, WA 99210-2463 | | 16,736.78 | NA | NA | 0.00 |
| | Bank of America PO Box 53101 Phoenix, AZ 85072-3101 | | 20,113.42 | NA | NA | 0.00 |
| | Beneficial Finance PO Box 17574 Baltimore, MD 21297-1574 | | 6,071.46 | NA | NA | 0.00 |
| | Benson Stone 1100 Eleventh Street Rockford, IL 61104 | | 417.12 | NA | NA | 0.00 |
| | Cape Raiology Group P.O. Box 1330 Cape Girardeau, MO 63702 | | 222.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital Management Services 726 Exchange Street - Suite 700 Buffalo, NY 14210 | | 6,586.00 | NA | NA | 0.00 |
| | Citi Bank PO Box 790110 Saint Louis, MO 63179-0110 | | 7,346.37 | NA | NA | 0.00 |
| | Citi Cards PO Box 6000 The Lakes, NV 89163-6000 | | 16,945.44 | NA | NA | 0.00 |
| | Citi Financial P.O. Box 183041 Columbus, OH 43218 | | 2,038.13 | NA | NA | 0.00 |
| | Citifinancial PO Box 6931 The Lakes, NV 88901-6931 | | 2,313.02 | NA | NA | 0.00 |
| | Citizens State Bank 133 W Front St Stockton, IL 61085 | | 0.00 | NA | NA | 0.00 |
| | ComEd Bankruptcy Group 2100 Swift Drive Oak Brook, IL 60523 | | 287.50 | NA | NA | 0.00 |
| | Conmat 2283 Route 20 East Freeport, IL 61032 | | 545.62 | NA | NA | 0.00 |
| | Conmat PO Box 750 Freeport, IL 61032 | | 977.53 | NA | NA | 0.00 |
| | Discover PO Box 30943 Salt Lake City, UT 84130-0943 | | 6,585.65 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ER Solutions, Inc. 800 SW 39th Street Renton, WA 98057 | | 6,575.00 | NA | NA | 0.00 |
| | Eckberg & Bates Agency, Inc. PO Box 15490 Loves Park, IL 61132 | | 2,176.75 | NA | NA | 0.00 |
| | Edward Hines Lumber Co. Sarks 14 N 915 US Highway 20 Hampshire, IL 60140 | | 74,728.08 | NA | NA | 0.00 |
| | Edward Hines Lumber Co. Starks PO Box 40 Hampshire, IL 60140 | | 1,747.87 | NA | NA | 0.00 |
| | Fastenal, Inc. PO Box 978 Winona, MN 55987-0987 | | 137.48 | NA | NA | 0.00 |
| | GE Money Bank Recovery Management Systems Corp 25 SE 2nd Avenue - Suite 1120 Miami, FL 33131-1605 | | 8,210.18 | NA | NA | 0.00 |
| | GE Money Bank Recovery Management Systems Corp 25 SE 2nd Avenue - Suite 1120 Miami, FL 33131-1605 | | 8,210.18 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC PO Box 380901 Bloomington, MN 55438-0901 | | 24,352.93 | NA | NA | 0.00 |
| | Galena Lumber Co PO Box 334 Galena, IL 61036 | | 14,721.33 | NA | NA | 0.00 |
| | Galena Lumber Co. % Vincent, Roth, & Toepfer, PC PO Box 334 Galena, IL 61036-0334 | | 16,249.59 | NA | NA | 0.00 |
| | Gerdau Ameristeel % Fulbright & Associates, PC PO Box 1510 Rockford, IL 61110-0010 | | 6,233.00 | NA | NA | 0.00 |
| | HSBC PO Box 5253 Carol Stream, IL 60197-5253 | | 6,071.46 | NA | NA | 0.00 |
| | Heidenreich Plumbing 3212 S. Apple River Road Elizabeth, IL 61028 | | 2,916.84 | NA | NA | 0.00 |
| | Hinckley Springs PO Box 660579 Dallas, TX 75266-0579 | | 106.95 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | I.C. System, Inc. 444 Highway 96 East P.O. Box 64437 Saint Paul, MN 55146-0437 | | 212.41 | NA | NA | 0.00 |
| | Illinois Teamsters 990 NE Frontage Road, Suite 4 Joliet, IL 60431 | | 707.62 | NA | NA | 0.00 |
| | Illinois Tollway 2700 Ogden Ave Downers Grove, IL 60515 | | 0.00 | NA | NA | 0.00 |
| | JBR Robinson P.O. Box 1799 Akron, OH 44309 | | 3,442.33 | NA | NA | 0.00 |
| | Jo-Carroll Energy PO Box 390 Elizabeth, IL 61028-0390 | | 20,000.00 | NA | NA | 0.00 |
| | John Morrisy Accountants, Inc. 5919 Spring Creek Road Rockford, IL 61114-6447 | | 114.99 | NA | NA | 0.00 |
| | John Morrisy Accountants, Inc. 5919 Spring Creek Road Rockford, IL 61114-6447 | | 1,098.77 | NA | NA | 0.00 |
| | John Morrisy Accountants, Inc. 5919 Spring Creek Road Rockford, IL 61114-6447 | | 376.54 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Maxwell Systems 1000 First Avenue - Suite 200 King Of Prussia, PA 19406 | | 8,955.30 | NA | NA | 0.00 |
| | McCann Industries, Inc. 548 S. Rohlwing Road Addison, IL 60101 | | 57,967.78 | NA | NA | 0.00 |
| | Medical Associates Clinic 1500 Associates Drive Dubuque, IA 52002 | | 40.00 | NA | NA | 0.00 |
| | Midwest Golf-Pete Barelli 6104 Brynwood Drive Apt. 8 Loves Park, IL 61111 | | 165,000.00 | NA | NA | 0.00 |
| | NCO Financial Systems, Inc. 507 Prudential Road Horsham, PA 19044 | | 360.00 | NA | NA | 0.00 |
| | Northwest Bank of Rockford 3106 N. Rockton Rockford, IL 61103 | | 18,110.73 | NA | NA | 0.00 |
| | OSF St. Anthony Medical Center 5510 E. State Street Rockford, IL 61108 | | 799.94 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Paul Steingraber % Attorney Dennis Leahy One Court Place - Suite 203 Rockford, IL 61101 | | 14,000.00 | NA | NA | 0.00 |
| | Pekin Life Insurance Company 2505 Court Street Pekin, IL 61558-4121 | | 0.00 | NA | NA | 0.00 |
| | Pentagroup Financial, LLC PO Box 742209 Houston, TX 77274 | | 464.52 | NA | NA | 0.00 |
| | Per Mar Security PO Box 1101 Davenport, IA 52805-1101 | | 365.07 | NA | NA | 0.00 |
| | Per Mar Security PO Box 1101 Davenport, IA 52805-1101 | | 1,036.34 | NA | NA | 0.00 |
| | Queens Trucking and Construction 2898 South Queens Road Rochelle, IL 61068 | | 1,277.50 | NA | NA | 0.00 |
| | Riverside Community Bank 6855 E Riverside Blvd Rockford, IL 61114 | | 15,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Riverside Dental 2028 E. Riverside Blvd. - Ste. 210 Loves Park, IL 61111 | | 556.20 | NA | NA | 0.00 |
| | Road Ranger PO Box 105080 Atlanta, GA 30348-5080 | | 5,240.43 | NA | NA | 0.00 |
| | Rock Valley Brick & Supply 5901 Material Avenue Loves Park, IL 61111 | | 2,216.36 | NA | NA | 0.00 |
| | Rockford Blacktop Construction Co 590 Nimtz Road Loves Park, IL 61111 | | 170.00 | NA | NA | 0.00 |
| | Rockford Gastroenterology Assoc. 401 Roxbury Road Rockford, IL 61107-5078 | | 30.00 | NA | NA | 0.00 |
| | Rockford Health Physicians 2300 N. Rockton Avenue Rockford, IL 61103 | | 685.45 | NA | NA | 0.00 |
| | Rockford Mercantile 2502 S. Alpine Road Rockford, IL 61108 | | 2,733.02 | NA | NA | 0.00 |
| | Rockford Mercantile 2502 S. Alpine Road Rockford, IL 61108 | | 799.94 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rockford Radiology Assoc. PO Box 5368 Rockford, IL 61125-0368 | | 48.20 | NA | NA | 0.00 |
| | Rockford Radiology Associates P.O. Box 5368 Rockford, IL 61125-0368 | | 103.20 | NA | NA | 0.00 |
| | Rogers Ready Mix 5510 S. Mulford Road Rockford, IL 61109 | | 36,432.19 | NA | NA | 0.00 |
| | Roscoe Ready Mix PO Box 425 Roscoe, IL 61073 | | 4,112.27 | NA | NA | 0.00 |
| | Roscoe Rock and Sand 5029 McCurry Road Rockton, IL 61072 | | 751.72 | NA | NA | 0.00 |
| | Roscoe Sand and Gravel % Attorney James Stevens 6833 Stalter Drive - 1st Floor Rockford, IL 61108 | | 680.45 | NA | NA | 0.00 |
| | Selective Insurance % Williams-Manny, Inc. PO Box 5466 Rockford, IL 61125-0466 | | 7,794.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Selective Insurance % Williams-Manny, Inc. PO Box 5466 Rockford, IL 61125-0466 | | 8,906.00 | NA | NA | 0.00 |
| | Shockey & Cox 208 W. Stephenson Suite 101 P.O. Box 780 Freeport, IL 61032 | | 4,200.50 | NA | NA | 0.00 |
| | Slabaugh Services 6204 Argyle Road Caledonia, IL 61011 | | 1,413.50 | NA | NA | 0.00 |
| | Southeast Hospital 1701 Lacy Street Cape Girardeau, MO 63701 | | 2,800.00 | NA | NA | 0.00 |
| | Stetson Building Products PO Box 4970 Des Moines, IA 50305-4970 | | 1,440.63 | NA | NA | 0.00 |
| | Stram Const. Services, Inc. 3321 Sage Drive Rockford, IL 61114 | | 335.00 | NA | NA | 0.00 |
| | Super Mix, Inc. 5435 Bull Valley Road Suite 130 Mchenry, IL 60050 | | 47,924.98 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Testing Service Corporation 360 South Main Place Carol Stream, IL 60188 | | 3,563.00 | NA | NA | 0.00 |
| | Tim Pearson d/b/a Pearson Cabinets 602 Commander Place Belvidere, IL 61008 | | 12,000.00 | NA | NA | 0.00 |
| | Top Notch Building Supply, Inc. 2633 N. Pecatonica Road Pecatonica, IL 61063 | | 779.96 | NA | NA | 0.00 |
| | Transworld Systems, Inc. 9525 Sweet Valley Drive Cleveland, OH 44125 | | 25,306.91 | NA | NA | 0.00 |
| | Truck Country of Iowa PO Box 68 Milwaukee, WI 53268-9930 | | 821.95 | NA | NA | 0.00 |
| | US Cellular PO Box 7835 Madison, WI 53707-7835 | | 142.93 | NA | NA | 0.00 |
| | Washington Mutual 444 96 East P.O. Box 64887 Saint Paul, MN 55164 | | 1,788.32 | NA | NA | 0.00 |
| | Weldon Tire, Inc. 1247 Century Drive Dubuque, IA 52002 | | 4,568.29 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wexford & James, LLC 2910 Westown Parkway - Suite 102 West Des Moines, IA 50266 | | 1,283.45 | NA | NA | 0.00 |
| | Winter Plumbing 101 N Main Galena, IL 61036 | | 1,327.56 | NA | NA | 0.00 |
| 000019B | ANGELA ALITA | 7100-000 | NA | 46,546.72 | 46,546.72 | 0.00 |
| 000011 | CAPE RADIOLOGY GROUP | 7100-000 | NA | 222.00 | 222.00 | 0.00 |
| 000012 | CITIFINANCIAL RETAIL SERVICES | 7100-000 | NA | 2,313.02 | 2,313.02 | 0.00 |
| 000003 | CITIZENS STATE BANK | 7100-000 | NA | 296,333.58 | 296,333.58 | 0.00 |
| 000007 | CREDITORS' PROTECTION SERVICE, INC | 7100-000 | NA | 183.60 | 183.60 | 0.00 |
| 000005 | DISCOVER BANK | 7100-000 | NA | 6,788.74 | 6,788.74 | 0.00 |
| 000020 | FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | NA | 20,113.42 | 20,113.42 | 0.00 |
| 000017 | GALENA LUMBER CO | 7100-000 | NA | 14,887.33 | 14,887.33 | 0.00 |
| 000001B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 7100-000 | NA | 760.00 | 760.00 | 0.00 |
| 000009B | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 2,562.97 | 2,562.97 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | JO-CARROLL ENERGY | 7100-000 | NA | 23,322.78 | 23,322.78 | 0.00 |
| 000013 | MEDICAL ASSOCIATES CLINIC | 7100-000 | NA | 40.00 | 40.00 | 0.00 |
| 000021 | NORTHWEST BANK OF ROCKFORD | 7100-000 | NA | 2,822.30 | 2,822.30 | 0.00 |
| 000008 | PAUL STEINGRABER | 7100-000 | NA | 23,360.00 | 23,360.00 | 0.00 |
| 000014 | PER MAR SECURITY | 7100-000 | NA | 2,080.39 | 2,080.39 | 0.00 |
| 000018 | PRA RECEIVABLES MANAGEMENT, LLC | 7100-000 | NA | 6,075.18 | 6,075.18 | 0.00 |
| 000010 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | 17,354.84 | 17,354.84 | 0.00 |
| 000015 | RIVERSIDE COMMUNITY BANK | 7100-000 | NA | 62,187.27 | 62,187.27 | 0.00 |
| 000022 | ROCKFORD MERCANTILE | 7100-000 | NA | 5,535.50 | 5,535.50 | 0.00 |
| 000016 | ROSCOE READY MIX, INC. | 7100-000 | NA | 3,854.63 | 3,854.63 | 0.00 |
| 000004 | ROUNDUP FUNDING, LLC | 7100-000 | NA | 2,253.85 | 2,253.85 | 0.00 |
| 000023 | AMERICAN EXPRESS BANK, FSB | 7200-000 | NA | 360.00 | 360.00 | 0.00 |
| 000024 | PYOD LLC | 7200-000 | NA | 2,253.85 | 2,253.85 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 765,783.71 | $ 542,211.97 | $ 542,211.97 | $ 0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-73793 | TML | Judge: THOMAS M. LYNCH | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | ENCHEFF, CHAD J | | | Date Filed (f) or Converted (c): | 09/02/09 (f) |
| | ENCHEFF, ANGELA R | | | 341(a) Meeting Date: | 10/22/09 |
| For Period Ending: | 07/19/16 | | | Claims Bar Date: | 02/22/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 795 Elizabeth Scales Mound Rd, Elizabeth | 1,200,000.00 | 0.00 | | 0.00 | FA |
| 2. 1107 Ramona Dr, Machesney Park, IL | 109,000.00 | 0.00 | | 0.00 | FA |
| 3. US Bank - checking | 703.00 | 0.00 | | 0.00 | FA |
| 4. US Bank - savings | 0.00 | 0.00 | | 0.00 | FA |
| 5. Normal complement of household goods | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. Normal complement of clothing | 500.00 | 0.00 | | 0.00 | FA |
| 7. Misc jewelry and wedding rings | 500.00 | 0.00 | | 0.00 | FA |
| 8. All Weather Construction, Inc (filed Chapter 7 Ban | 0.00 | 0.00 | | 0.00 | FA |
| 9. Skyline General Contractors, Inc (filed Chapter 7 | 0.00 | 0.00 | | 0.00 | FA |
| 10. Encheff Organization, Inc | 0.00 | 0.00 | | 0.00 | FA |
| 11. Unknown Income Tax Refunds from business losses. | 0.00 | 17,288.72 | | 17,288.72 | FA |
| 12. 2006 Honda 4 Wheeler | 5,000.00 | 0.00 | | 0.00 | FA |
| 13. 2006 GMC Sierra | 14,000.00 | 0.00 | | 0.00 | FA |
| 14. Laptop computer and printer | 200.00 | 0.00 | | 0.00 | FA |
| 15. 2 dogs | 100.00 | 0.00 | | 0.00 | FA |
| 16. Post-Petition Interest Deposits (u) | Unknown | 4.12 | | 4.12 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,332,503.00 | $17,292.84 | | $17,292.84 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Installment payments have been collected.  Trustee is proceeding to final report.

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 23)*

Ver: 19.06a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit 8

| | |
|---|---|
| Case No: | 09-73793    TML    Judge: THOMAS M. LYNCH |
| Case Name: | ENCHEFF, CHAD J |
| | ENCHEFF, ANGELA R |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Date Filed (f) or Converted (c): | 09/02/09 (f) |
| 341(a) Meeting Date: | 10/22/09 |
| Claims Bar Date: | 02/22/10 |

Initial Projected Date of Final Report (TFR): 12/01/10        Current Projected Date of Final Report (TFR): 04/01/16

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 09-73793 -TML | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | ENCHEFF, CHAD J | | Bank Name: | BANK OF KANSAS CITY |
| | ENCHEFF, ANGELA R | | Account Number / CD #: | *******0046  GENERAL CHECKING |
| Taxpayer ID No: | *******6551 | | | |
| For Period Ending: | 07/19/16 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/14 | | Trsf In From CONGRESSIONAL BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 13,648.94 | | 13,648.94 |
| 10/20/14 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 13,848.94 |
| 10/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 15.79 | 13,833.15 |
| 11/18/14 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 14,033.15 |
| 11/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 19.98 | 14,013.17 |
| 12/18/14 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 14,213.17 |
| 12/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 20.92 | 14,192.25 |
| 01/21/15 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 14,392.25 |
| 01/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 21.15 | 14,371.10 |
| 02/20/15 | 11 | C&E GROUP GENERAL CONTRACTORS, INC. | DEBTOR PAYMENT - INCOME TAX REFUND | 1124-000 | 200.00 | | 14,571.10 |
| | | 7131 WINDSOR LAKE PARKWAY | | | | | |
| | | LOVES PARK, IL | | | | | |
| 02/27/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 19.32 | 14,551.78 |
| 03/26/15 | 11 | C&E GROUP GENERAL CONTRACTORS | INCOME TAX REFUND | 1124-000 | 200.00 | | 14,751.78 |
| 03/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 21.64 | 14,730.14 |
| 04/27/15 | 11 | C&E GROUP GENERAL CONTRACTORS | INCOME TAX REFUND | 1124-000 | 200.00 | | 14,930.14 |
| 04/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 21.18 | 14,908.96 |
| 05/18/15 | 11 | C&E GROUP GENERAL CONTRACTORS | INCOME TAX REFUND | 1124-000 | 200.00 | | 15,108.96 |
| 05/29/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 22.25 | 15,086.71 |
| 06/15/15 | 002001 | INTERNATIONAL SURETIES, LTD. | Chapter 7 Blanket Bond | 2300-000 | | 7.80 | 15,078.91 |
| | | ONE SHELL SQUARE | Bond #016018067 | | | | |
| | | 701 POYDRAS ST., STE. 420 | | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 06/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 21.69 | 15,057.22 |
| 07/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 22.37 | 15,034.85 |
| 08/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 22.34 | 15,012.51 |
| 09/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 21.59 | 14,990.92 |
| 10/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 22.28 | 14,968.64 |

Page Subtotals   15,248.94   280.30

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 25)*

FORM 2                                                                                            Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-73793  -TML | |
| Case Name: | ENCHEFF, CHAD J | |
| | ENCHEFF, ANGELA R | |
| Taxpayer ID No: | *******6551 | |
| For Period Ending: | 07/19/16 | |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF KANSAS CITY |
| Account Number / CD #: | *******0046  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/09/15 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 1,000.00 | | 15,968.64 |
| 11/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 22.24 | 15,946.40 |
| 12/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 23.70 | 15,922.70 |
| 01/05/16 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 16,122.70 |
| 01/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 23.80 | 16,098.90 |
| 02/29/16 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 16,298.90 |
| 02/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 22.32 | 16,276.58 |
| 03/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 24.10 | 16,252.48 |
| 04/05/16 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 288.72 | | 16,541.20 |
| 05/24/16 | 002002 | DANIEL M. DONAHUE | Trustee Compensation | 2100-000 | | 2,479.28 | 14,061.92 |
| 05/24/16 | 002003 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,720.00 | 11,341.92 |
| 05/24/16 | 002004 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 295.57 | 11,046.35 |
| 05/24/16 | 002005 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | Claim 000001A, Payment 22.1% | 5800-000 | | 6,771.79 | 4,274.56 |
| 05/24/16 | 002006 | Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338 | Claim 000009A, Payment 22.1% | 5800-000 | | 4,274.56 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 1,688.72 | 16,657.36 |

Ver: 19.06a

**FORM 2**

Page:   3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:      09-73793  -TML
Case Name:    ENCHEFF, CHAD J
              ENCHEFF, ANGELA R
Taxpayer ID No: *******6551
For Period Ending: 07/19/16

Trustee Name:        DANIEL M. DONAHUE
Bank Name:           BANK OF KANSAS CITY
Account Number / CD #:   *******0046  GENERAL CHECKING

Blanket Bond (per case limit):  $  1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 16,937.66 | 16,937.66 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 13,648.94 | 0.00 | |
| | | | Subtotal | | 3,288.72 | 16,937.66 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 3,288.72 | 16,937.66 | |

Page Subtotals                0.00              0.00

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 27)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-73793  -TML |
| Case Name: | ENCHEFF, CHAD J |
| | ENCHEFF, ANGELA R |
| Taxpayer ID No: | *******6551 |
| For Period Ending: | 07/19/16 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | Bank of America, NA |
| Account Number / CD #: | *******1525  MONEY MARKET |
| Blanket Bond (per case limit): | $  1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/19/09 | 11 | CHAD J ENCHEFF<br>1090 WINBORNE RD.<br>DAVIS, IL  61019 | INCOME TAX REFUND | 1124-000 | 8,000.00 | | 8,000.00 |
| 11/30/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 8,000.03 |
| 12/31/09 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,000.23 |
| 01/29/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,000.43 |
| 02/26/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 8,000.61 |
| 03/31/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,000.82 |
| 04/05/10 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 8,200.82 |
| 04/30/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,201.02 |
| 05/06/10 | 11 | CHAD AND ANGELA ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 8,401.02 |
| 05/28/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,401.23 |
| 06/08/10 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 8,601.23 |
| 06/08/10 | 001000 | INTERNATIONAL SURETIES,LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA  70139 | Blanket Bond #016018067 | 2300-000 | | 6.93 | 8,594.30 |
| 06/30/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,594.51 |
| 07/06/10 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 8,794.51 |
| 07/30/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 8,794.73 |
| 08/27/10 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 8,994.73 |
| 08/31/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.23 | | 8,994.96 |
| 09/30/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 8,995.18 |
| 10/04/10 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 9,195.18 |
| 10/29/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.23 | | 9,195.41 |
| 11/04/10 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 9,395.41 |
| 11/30/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,395.65 |
| 12/01/10 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 9,595.65 |
| 12/31/10 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 9,595.89 |

| | | |
|---|---|---|
| Page Subtotals | 9,602.82 | 6.93 |

Ver: 19.06a

Page: 5

**Exhibit 9**

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-73793  -TML | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | ENCHEFF, CHAD J | Bank Name: | Bank of America, NA |
| | ENCHEFF, ANGELA R | Account Number / CD #: | *******1525  MONEY MARKET |
| Taxpayer ID No: | *******6551 | | |
| For Period Ending: | 07/19/16 | Blanket Bond (per case limit): | $  1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/07/11 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 9,795.89 |
| 01/28/11 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 9,995.89 |
| 01/31/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,996.14 |
| 02/28/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,996.22 |
| 03/10/11 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 400.00 | | 10,396.22 |
| 03/31/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,396.31 |
| 04/29/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,396.39 |
| 05/04/11 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 10,596.39 |
| 05/31/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,596.48 |
| 06/16/11 | 001001 | INTERNATIONAL SURETIES, LTD. | Blanket Bond #016018067 | 2300-000 | | 9.07 | 10,587.41 |
| | | 701 POYDRAS ST., STE. 420 | TERM:  06/01/11 - 06/01/12 | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 06/20/11 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 10,787.41 |
| 06/30/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,787.50 |
| 07/29/11 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 10,987.50 |
| 07/29/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,987.59 |
| 08/31/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 10,987.69 |
| 09/09/11 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 11,187.69 |
| 09/30/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,187.78 |
| 10/31/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,187.88 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.25 | 11,173.63 |
| 11/04/11 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 11,373.63 |
| 11/30/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,373.72 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.96 | 11,359.76 |
| 12/20/11 | 11 | CHAD J ENCHEFF | Income tax refund | 1124-000 | 200.00 | | 11,559.76 |
| 12/30/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,559.85 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.07 | 11,545.78 |
| 01/19/12 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 11,545.84 |
| 01/19/12 | | Transfer to Acct #*******3820 | Bank Funds Transfer | 9999-000 | | 11,545.84 | 0.00 |

Page Subtotals   2,001.30   11,597.19

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 29)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-73793  -TML | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | ENCHEFF, CHAD J | Bank Name: | Bank of America, NA |
| | ENCHEFF, ANGELA R | Account Number / CD #: | *******1525  MONEY MARKET |
| Taxpayer ID No: | *******6551 | | |
| For Period Ending: | 07/19/16 | Blanket Bond (per case limit): | $  1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 11,604.12 | 11,604.12 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 11,545.84 | |
| | | | Subtotal | | 11,604.12 | 58.28 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 11,604.12 | 58.28 | |

Page Subtotals            0.00            0.00

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 30)*

FOR TDR

Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-73793 -TML |
| Case Name: | ENCHEFF, CHAD J |
| | ENCHEFF, ANGELA R |
| Taxpayer ID No: | *******6551 |
| For Period Ending: | 07/19/16 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | CONGRESSIONAL BANK |
| Account Number / CD #: | *******3820  GENERAL CHECKING |
| Blanket Bond (per case limit): | $  1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/12 | | Transfer from Acct #*******1525 | Bank Funds Transfer | 9999-000 | 11,545.84 | | 11,545.84 |
| 02/09/12 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 11,745.84 |
| 04/06/12 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 11,945.84 |
| 06/19/12 | 000100 | INTERNATIONAL SURETIES, LTD. | BLANKET BOND - BOND #016018067 | 2300-000 | | 9.62 | 11,936.22 |
| | | 701 POYDRAS ST., STE. 420 | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 06/29/12 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 12,136.22 |
| 08/22/12 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 12,336.22 |
| 10/23/12 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 12,536.22 |
| 03/20/12 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 12,736.22 |
| 04/08/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (February, 2013) | 2600-000 | | 12.02 | 12,724.20 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (March, 2013) | 2600-000 | | 13.37 | 12,710.83 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (April 2013) | 2600-000 | | 13.07 | 12,697.76 |
| * 06/04/13 | 000101 | INTERNATIONAL SURETIES, LTD. | Blanket Bond | 2300-003 | | 10.49 | 12,687.27 |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS ST., STE. 420 | | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 06/04/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (May, 2013) | 2600-000 | | 13.48 | 12,673.79 |
| * 06/27/13 | 000101 | INTERNATIONAL SURETIES, LTD. | Blanket Bond | 2300-003 | | -10.49 | 12,684.28 |
| | | ONE SHELL SQUARE | INTERNATIONAL SURETIES MISPLACED | | | | |
| | | 701 POYDRAS ST., STE. 420 | CHECK | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 06/27/13 | 000102 | INTERNATIONAL SURETIES, LTD. | Blanket Bond #016018067 | 2300-000 | | 10.49 | 12,673.79 |
| | | ONE SHELL SQUARE | Replaces check number 101 dated 6/4/13 | | | | |
| | | 701 POYDRAS ST., STE. 420 | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 07/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - June, 2013 | 2600-000 | | 13.03 | 12,660.76 |
| 08/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (July, 2013) | 2600-000 | | 13.44 | 12,647.32 |

Page Subtotals        12,745.84        98.52

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 31)*

FORM 2

Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-73793 -TML |
| Case Name: | ENCHEFF, CHAD J |
| | ENCHEFF, ANGELA R |
| Taxpayer ID No: | *******6551 |
| For Period Ending: | 07/19/16 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | CONGRESSIONAL BANK |
| Account Number / CD #: | *******3820  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (August, 2013) | 2600-000 | | 13.43 | 12,633.89 |
| 10/03/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - September, 2013 | 2600-000 | | 12.98 | 12,620.91 |
| 11/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - October, 2013 | 2600-000 | | 13.40 | 12,607.51 |
| 12/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - November, 2013 | 2600-000 | | 12.95 | 12,594.56 |
| 01/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - December, 2013 | 2600-000 | | 13.37 | 12,581.19 |
| 02/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - January, 2014 | 2600-000 | | 13.36 | 12,567.83 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - February, 2014 | 2600-000 | | 12.05 | 12,555.78 |
| 03/25/14 | 11 | CHAD ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 12,755.78 |
| 04/07/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - March, 2014 | 2600-000 | | 13.37 | 12,742.41 |
| 04/28/14 | 11 | CHAD ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 12,942.41 |
| 05/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - April, 2014 | 2600-000 | | 13.11 | 12,929.30 |
| 05/29/14 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 13,129.30 |
| 06/04/14 | 000103 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Bond Premium (#016018067) | 2300-000 | | 10.63 | 13,118.67 |
| 06/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2014 | 2600-000 | | 13.74 | 13,104.93 |
| 06/25/14 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 13,304.93 |
| 07/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 13.50 | 13,291.43 |
| 07/30/14 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 13,491.43 |
| 08/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 14.12 | 13,477.31 |
| 08/28/14 | 11 | CHAD J ENCHEFF | INCOME TAX REFUND | 1124-000 | 200.00 | | 13,677.31 |
| 09/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 14.33 | 13,662.98 |
| 10/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 14.04 | 13,648.94 |
| 10/08/14 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 13,648.94 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 1,200.00 | 13,847.32 |

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 32)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-73793  -TML |
| Case Name: | ENCHEFF, CHAD J |
| | ENCHEFF, ANGELA R |
| Taxpayer ID No: | *******6551 |
| For Period Ending: | 07/19/16 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | CONGRESSIONAL BANK |
| Account Number / CD #: | *******3820  GENERAL CHECKING |
| Blanket Bond (per case limit): | $  1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 13,945.84 | 13,945.84 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 11,545.84 | 13,648.94 | |
| | | | Subtotal | | 2,400.00 | 296.90 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 2,400.00 | 296.90 | |

| | | | |
|---|---|---|---|
| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | | | |
| GENERAL CHECKING - *******0046 | 3,288.72 | 16,937.66 | 0.00 |
| MONEY MARKET - *******1525 | 11,604.12 | 58.28 | 0.00 |
| GENERAL CHECKING - *******3820 | 2,400.00 | 296.90 | 0.00 |
| | 17,292.84 | 17,292.84 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 33)*